UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ecolab, Inc.,

      Petitioner,                       Civil No. 05-1044 (RHK/JSM)

vs.                                     **ORDER**

S & L Enterprises, Inc.,

      Respondent.

---

      Petitioner shall serve and file its Response to Respondent's Memorandum in Support of Respondent's Motion to Dismiss, Transfer, or Stay Petitioner's Petition; or in the Alternative, an Extension to File a Responsive Answer no later than 4:00 pm. on Friday, August 5, 2004; Respondent may serve and file a Reply thereto by 12:00 noon on Wednesday, August 10, 2005; and the Court will hear oral argument on Friday, August 12, 2005 at 8:00 a.m. in St. Paul, Minnesota.

      The hearing noticed for August 23, 2005 is **CANCELED**.

Dated:  July 27, 2005

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge